IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ERIC PARR, | ) | CIVIL 06-00280DAE-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AUTUMN MOON LOUNGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed on November 9, 2006 and served on all parties on November 30, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.  DATED: Honolulu, Hawaii, December 15, 2006



_____
David Alan Ezra
United States District Judge